AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District Of Texas
FILED

AUG 2 6 2020

David J. Bradley, Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Eugenio PEREZ Jr., YOB: 1972, USC | ) | Case No. M-20-1636-M |
| | ) | SEALED |
| | ) | |
| *Defendant(s)* | ) | |

SEALED
## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 31, 2020__ in the county of __Hidalgo__ in the
__Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C., 846, 841 (a)(1) | Knowingly and Intentionally Possess with Intent to Distribute approx. 1.7 kilograms of Methamphetamine, a Schedule II Controlled Substance |
| | Knowingly and Intentionally Conspire to possess with Intent to Distribute approx. 1.7 kilograms of Methamphetaj, a Schedule II Controlled Substance *Methamphetamine* |

This criminal complaint is based on these facts:
See Attachment "A".

☑ Continued on the attached sheet.

Approved by AUSA Angel Castro

_____
Complainant's signature

Cosme A. Muniz III, DEA Task Force Officer
*Printed name and title*

Submitted by reliable electronic means, sworn to
and attested to telephonically per Fed.R.Cr.P.4.1 and
probable cause found on:  SWORN IN PERSON
before me @ 3:52 PM

Date: __08/26/2020__

_____
Judge's signature

City and state: __McAllen, Texas__         J. Scott Hacker, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT "A"

On Friday July 31, 2020, Palmview Police Department Officers responded to a major accident on State Highway 495 between State Highway 364 and Breyfogle Road in Palmview, Texas. Upon arrival officers observed a 2007 Blue Chevrolet Silverado pickup and a 2008 Black Ford Escape with extensive damage to both vehicles. The driver of the blue Chevrolet Silverado was identified as PEREZ, Eugenio who was observed by Officer Juan Martinez grab a gray bag from inside the cab of the Chevrolet pickup and place it in the bed of the same pickup. Officer Martinez stated that PEREZ's family members started to arrive and told PEREZ that he did not want any of his family members close to the accident scene while it was still being investigated. PEREZ became very belligerent and kept calling a female over to him. Officer Martinez continued to work the accident scene and briefly walked away to check on the driver of the second vehicle where Corporal Jorge Padron (DA4) was attending to. Officer Martinez then stated that a female identified as PEREZ, Ulyssa (daughter to PEREZ), grabbed the gray bag from the back of the blue Chevrolet pickup and walked away to a 2012 Black Cadillac CTS. There, she opened up the rear left door when Officer Martinez stopped her. Officer Martinez then told U. PEREZ that she could not remove anything from the vehicle and asked her what she had. U. PEREZ then opened the gray bag and briefly showed officer Martinez its contents. Officer Martinez only observed a black trash bag. Officer Martinez then asked U. PEREZ what was in the gray bag. U. PEREZ then opened up the gray bag and pulled out a clear plastic bag which contained a white crystal like substance. Officer Martinez recognized it as being Methamphetamine due to his training and experience. U. PEREZ attempted to place the gray bag back inside her vehicle, but Officer Martinez took custody of the gray bag. While talking to U. PEREZ, officer Martinez stated she fell over a puddle of water and suffered some injuries. She did not wish any medical attention and was released due to her injuries. PEREZ was not arrested because he was transported to a local hospital for his injuries.

The gray bag was transported to the Palmview Police Department where it was processed, photographed and tested. A total of three (3) plastic bags containing a white crystal like substance field tested positive for the properties of Methamphetamine were removed. A total weight of 1.7 kilograms of Methamphetamine were recovered.